IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| David C. Wolfinger, | ) Bankruptcy No. 19-21106-JCM |
|    Debtor | ) Chapter 13 |
| | ) Document No. |
| David C. Wolfinger, | ) |
|    Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| No Respondents | ) |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On September 17, 2019, at docket number 29, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

5/14/2024                              /s/David C. Wolfinger
Date                                    David C. Wolfinger

5/21/2024                              /s/ Lauren M. Lamb
Date                                    Lauren M. Lamb, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        llamb@steidl-steinberg.com
                                        PA I.D. No. 209201