**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID C. WOLFINGER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br>No Repondents. | Case No.:19-21106<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/20/2019 and confirmed on 07/02/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,834.00 |
| Less Refunds to Debtor | 6,408.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,425.72 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 2,901.52 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,301.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COLONIAL SAVINGS FA | 0.00 | 35,985.16 | 0.00 | 35,985.16 |
|     Acct: 5224 | | | | |
|   COLONIAL SAVINGS FA | 2,336.51 | 2,336.51 | 0.00 | 2,336.51 |
|     Acct: 5224 | | | | |
|   PNC BANK NA | 11,002.03 | 11,002.03 | 1,449.34 | 12,451.37 |
|     Acct: 5208 | | | | |
| | | | | 50,773.04 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C. WOLFINGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C. WOLFINGER | 1,194.28 | 1,194.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C. WOLFINGER | 948.00 | 948.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID C. WOLFINGER | 948.00 | 948.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-21106 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| DAVID C. WOLFINGER | 948.00 | 948.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID C. WOLFINGER | 1,422.00 | 1,422.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID C. WOLFINGER | 948.00 | 948.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 7,528.99 | 507.74 | 0.00 | 507.74 |
| Acct: 2355 | | | | |
| CITIBANK NA** | 13,729.71 | 925.89 | 0.00 | 925.89 |
| Acct: 5617 | | | | |
| PNC BANK NA | 12,088.84 | 815.24 | 0.00 | 815.24 |
| Acct: 7859 | | | | |
| LVNV FUNDING LLC | 15,970.56 | 1,077.01 | 0.00 | 1,077.01 |
| Acct: 2200 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 374.84 | 25.28 | 0.00 | 25.28 |
| Acct: 0001 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE & ASSOC LLC (FRML | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,351.16 |

| TOTAL PAID TO CREDITORS | | | | 54,124.20 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY        0.00
SECURED       13,338.54
UNSECURED    49.692.94

Date: 10/04/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com